IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
ALABAMA NORTHERN DIVISION

| | |
|---|---|
| PENMONT, LLC, and<br>PENMAN GROUP, LLC<br><br>　　　Plaintiffs,<br><br>v.<br><br>BLUE RIDGE PIEDMONT, LLC,<br>BLUE RIDGE CAPITA, LLC, FRITZ<br>MCPHAIL, and ERIC WILENSKY<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.: 2:08cv93-WC<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS FOR SERVICE BY CERTIFIED MAIL**

This service by certified mail of this Summons is initiated upon the written request of plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure:

NOTICE TO:

　　　　　　　　　　Blue Ridge Piedmont, LLC
　　　　　　　　　　c/o Ray Gibbons
　　　　　　　　　　420 North 20th Street, Suite 3400
　　　　　　　　　　Birmingham, AL 35203

　　　The Complaint which is attached to this Summons is important and you must take immediate action to protect your rights. You are required to mail or hand delivery a copy of a written answer, either admitting or denying each allegation in the Complaint, to J. Michael Bowling, attorney for the Plaintiff, whose address is Friedman, Leak & Bloom, 3800 Colonnade Parkway, Suite 650, Birmingham, AL 35243. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 20 DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your answer with the Clerk of this Court within a reasonable time afterward.

　　　　　　　　　　　　　　　　　　　　　　　　*Debra P. Hackett*
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

DATED: 2-13-08

　　　　　　　　　　　　　　　　　　　　　　by: Charlene Campbell
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

U.S. District Clerk's Office, Middle District
PO Box 711
Montgomery, AL  36101-0711

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                          *Signature of Server*

                                _____
                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| PENMONT, LLC, and <br> PENMAN GROUP, LLC <br><br> Plaintiffs, <br><br> v. <br><br> BLUE RIDGE PIEDMONT, LLC, <br> BLUE RIDGE CAPITA, LLC, FRITZ <br> MCPHAIL, and ERIC WILENSKY <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO.: 2:08CV93-WC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS FOR SERVICE BY CERTIFIED MAIL

This service by certified mail of this Summons is initiated upon the written request of plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure:

NOTICE TO:

Blue Ridge Capital, LLC
c/o Ray Gibbons
420 North 20th Street, Suite 3400
Birmingham, AL 35203

The Complaint which is attached to this Summons is important and you must take immediate action to protect your rights. You are required to mail or hand delivery a copy of a written answer, either admitting or denying each allegation in the Complaint, to J. Michael Bowling, attorney for the Plaintiff, whose address is Friedman, Leak & Bloom, 3800 Colonnade Parkway, Suite 650, Birmingham, AL 35243. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 20 DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your answer with the Clerk of this Court within a reasonable time afterward.

*Debra P. Hackett*
Clerk of Court

DATED: 2-13-08

by: *Charlene Campbell*
Deputy Clerk

U.S. District Clerk's Office, Middle District
P.O. Box 711
Montgomery, AL 36101

⹀AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                            *Signature of Server*

                                            _____
                                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| PENMONT, LLC, and <br> PENMAN GROUP, LLC <br><br> Plaintiffs, <br><br> v. <br><br> BLUE RIDGE PIEDMONT, LLC, <br> BLUE RIDGE CAPITA, LLC, FRITZ <br> MCPHAIL, and ERIC WILENSKY <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO.: 2:08CV93-WC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**SUMMONS FOR SERVICE BY CERTIFIED MAIL**

This service by certified mail of this Summons is initiated upon the written request of plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure:

NOTICE TO:

         Fritz McPhail
         Blue Ridge Capital, LLC
         300 East Paces Ferry Road
         Atlanta, Georgia 30305

The Complaint which is attached to this Summons is important and you must take immediate action to protect your rights. You are required to mail or hand delivery a copy of a written answer, either admitting or denying each allegation in the Complaint, to J. Michael Bowling, attorney for the Plaintiff, whose address is Friedman, Leak & Bloom, 3800 Colonnade Parkway, Suite 650, Birmingham, AL 35243. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 20 DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your answer with the Clerk of this Court within a reasonable time afterward.

                                              *Debra P. Hackett*
                                              Clerk of Court

DATED: 2-13-08                          by: *Charlene Campbell*
                                                      Deputy Clerk

U.S. District Clerk's Office, Middle District
P.O. Box 711
Montgomery, AL 36101

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
　　　　　　　　　Date　　　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
ALABAMA NORTHERN DIVISION

| | |
|---|---|
| PENMONT, LLC, and<br>PENMAN GROUP, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>BLUE RIDGE PIEDMONT, LLC,<br>BLUE RIDGE CAPITA, LLC, FRITZ<br>MCPHAIL, and ERIC WILENSKY<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.: 2:08cv93-WC<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS FOR SERVICE BY CERTIFIED MAIL

This service by certified mail of this Summons is initiated upon the written request of plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure:

NOTICE TO:

>Eric Wilensky
>Blue Ridge Capital, LLC
>300 East Paces Ferry Road
>Atlanta, Georgia 30305

The Complaint which is attached to this Summons is important and you must take immediate action to protect your rights. You are required to mail or hand delivery a copy of a written answer, either admitting or denying each allegation in the Complaint, to J. Michael Bowling, attorney for the Plaintiff, whose address is Friedman, Leak & Bloom, 3800 Colonnade Parkway, Suite 650, Birmingham, AL 35243. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 20 DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your answer with the Clerk of this Court within a reasonable time afterward.

*Debra P. Hackett*
_____
Clerk of Court

DATED: 2-13-08

by: *Charlene Campbell*
_____
Deputy Clerk

U.S. District Clerk's Office, Middle District
P.O. Box 711
Montgomery, AL 36101

✇AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant. Place where served:


☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:


☐  Other (specify):


| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                    Date                        *Signature of Server*

                                              _____
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.