| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Brandy Tanner  C. Date of Delivery FEB 14 2008 |
| 1. Article Addressed to: 08cv93<br>Blue Ridge Piedmont<br>C/O Ray Gibbons<br>420 N. 20th St.<br>Suite 3400<br>Birmingham, AL 35203 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0003 8791 5550 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Brandy Tanner  C. Date of Delivery FEB 14 2008 |
| 1. Article Addressed to: 08cv93<br>Blue Ridge Capital, LLC<br>C/O Ray Gibbons<br>420 N. 20th St.<br>Suite 3400<br>Birmingham, AL 35203 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>☐ Yes |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540