IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| PENMONT, LLC and PENMAN GROUP, LLC | ) ) ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO.: 00093-WC |
| BLUE RIDGE PIEDMONT, LLC, BLUE RIDGE CAPITAL, LLC, FRITZ MCPHAIL, and ERIC WILENSKY | ) ) ) |
| Defendants. | ) |

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiffs Penmont, LLC and Penman Group, LLC and their undersigned counsel certify the following:

1) Penmont, LLC is an Alabama Limited Liability Company whose membership is comprised of two entities: M & A Holdings, LLC and Condale Group, LLC.

2) Penman Group, LLC is not owned, in any percentage, by a parent corporation or publicly held corporation.

FRIEDMAN LEAK

_____
J. Michael Bowling
Attorney for the Plaintiffs

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| PENMONT, LLC and<br>PENMAN GROUP, LLC<br><br>Plaintiffs,<br><br>v.<br><br>BLUE RIDGE PIEDMONT, LLC,<br>BLUE RIDGE CAPITAL, LLC, FRITZ<br>MCPHAIL, and ERIC WILENSKY<br><br>Defendants. | CIVIL ACTION NO.: 00093-WC |

### DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiffs Penmont, LLC and Penman Group, LLC and their undersigned counsel certify the following:

1) Penmont, LLC is an Alabama Limited Liability Company whose membership is comprised of two entities: M & A Holdings, LLC and Condale Group, LLC.

2) Penman Group, LLC is not owned, in any percentage, by a parent corporation or publicly held corporation.

FRIEDMAN LEAK

J. Michael Bowling
Attorney for the Plaintiffs