## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| PENMONT, LLC, and ) <br> PENMAN GROUP, LLC ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BLUE RIDGE PIEDMONT, LLC, BLUE ) <br> RIDGE CAPITAL, LLC, FRITZ MCPHAIL, ) <br> and ERIC WILENSKY ) <br> ) <br> Defendants. ) | CIVIL ACTION NO.: 2:08cv93-WC |

### DEFENDANT BLUE RIDGE PIEDMONT, LLC'S
### MOTION TO DISMISS COUNTS I, III AND IV OF PLAINTIFFS' COMPLAINT

COMES NOW Defendant Blue Ridge Piedmont, LLC ("Blue Ridge Piedmont") and, pursuant to Fed. R. Civ. P. 12(b)(6), files this its Motion to Dismiss Counts I, III and IV of Plaintiffs' Complaint. In support of its motion, Blue Ridge Piedment relies on the accompanying brief filed concurrently herewith.

This 5th day of March, 2008.

                                                                                                                Respectfully submitted,

                                                                                                                 s/George R. Parker
                                                                                                                              George R. Parker
                                                                                           One of the Attorneys for Defendant
                                                                                                                           Blue Ridge Piedmont, LLC

<u>OF COUNSEL</u>

George R. Parker
BRADLEY ARANT ROSE & WHITE LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
Email:  gparker@bradleyarant.com

Halsey G. Knapp, Jr.
Jonathan E. Hawkins
FOLTZ MARTIN, LLC
Five Piedmont Center, Suite 750
Atlanta, Georgia 30305-1541
Telephone: (404) 231-9397
Facsimile: (404) 237-1659
Email:  hknapp@foltzmartin.com
Email:  jhawkins@foltzmartin.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **Defendant Blue Ridge Piedmont, LLC's Motion to Dismiss Counts I, III and IV of Plaintiffs' Complaint** was electronically filed with the Clerk of Court using the CM/ECF System which will automatically send an email notification of such filing to the following attorneys of record:

J. Michael Bowling
Friedman, Leak, Dazzio, Zulanas & Bowling
Post Office Box 43219
Birmingham, AL 35243

This 5th day of March, 2008.

Respectfully submitted,

s/George R. Parker
George R. Parker
BRADLEY ARANT ROSE & WHITE LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
Email:  gparker@bradleyarant.com