IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PENMONT, LLC, and <br> PENMAN GROUP, LLC <br><br> Plaintiffs, <br><br> v. <br><br> BLUE RIDGE PIEDMONT, LLC, BLUE RIDGE CAPITAL, LLC, FRITZ MCPHAIL, and ERIC WILENSKY <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO.: 2:08cv93-WC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANTS FRITZ MCPHAIL AND ERIC WILENSKY'S MOTION TO DISMISS ALL PLAINTIFFS' CLAIMS

COME NOW Defendants Fritz McPhail and Eric Wilensky (collectively "Defendants") and, pursuant to Fed. R. Civ. P. 12(b)(6), files this their Motion to Dismiss All Plaintiffs' Claims. In support of their motion, Defendants rely on the accompanying brief filed concurrently herewith.

This 5th day of March, 2008.

                                                                        Respectfully submitted,

                                                                         s/George R. Parker
                                                                                George R. Parker
                                                          One of the Attorneys for Defendants
                                                                  Fritz McPhail and Eric Wilensky

OF COUNSEL

George R. Parker
BRADLEY ARANT ROSE & WHITE LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
Email:  gparker@bradleyarant.com

Halsey G. Knapp, Jr.
Jonathan E. Hawkins
FOLTZ MARTIN, LLC
Five Piedmont Center, Suite 750
Atlanta, Georgia 30305-1541
Telephone: (404) 231-9397
Facsimile: (404) 237-1659
Email:  hknapp@foltzmartin.com
Email:  jhawkins@foltzmartin.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **Defendants Fritz McPhail and Eric Wilensky's Motion to Dismiss All Plaintiffs' Claims** was electronically filed with the Clerk of Court using the CM/ECF System which will automatically send an email notification of such filing to the following attorneys of record:

> J. Michael Bowling
> Friedman, Leak, Dazzio, Zulanas & Bowling
> Post Office Box 43219
> Birmingham, AL 35243

This 5th day of March, 2008.

Respectfully submitted,

s/George R. Parker
George R. Parker
BRADLEY ARANT ROSE & WHITE LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
Email:  gparker@bradleyarant.com