IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PENMONT, LLC, and<br>PENMAN GROUP, LLC<br><br>　　Plaintiffs,<br><br>v.<br><br>BLUE RIDGE PIEDMONT, LLC, BLUE<br>RIDGE CAPITAL, LLC, FRITZ MCPHAIL,<br>and ERIC WILENSKY<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.: 2:08cv93-WC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO ADMIT COUNSEL *PRO HAC VICE*** 

Come now Blue Ridge Piedmont, LLC, Blue Ridge Capital, LLC, Fritz McPhail, and Eric Wilensky ("Defendants"), and pursuant to Local Rule 83.1(b) of this Court, submits this Motion to Admit Counsel *Pro Hac Vice*.

1.

George R. Parker is licensed to practice law in Alabama and before this Court, and he is counsel for Defendants in this case.

2.

Defendants move this Court for the admission *pro hac vice* of additional counsel on its behalf in this action, specifically Halsey G. Knapp, Jr. and Jonathan E. Hawkins of the law firm Foltz, Martin, LLC, Five Piedmont Center, 3525 Piedmont Road, Suite 750, Atlanta, Georgia 30305, (tel) 404-231-9397, (fax) 404-237-1659, hknapp@foltzmartin.com, jhawkins@foltzmartin.com.

1

3.

Mr. Knapp and Mr. Hawkins are licensed to practice law in the State of Georgia and are admitted to practice before the Federal District Court for the Northern District of Georgia. Attached here as Exhibits "A" and "B" are certificates of good standing for Mr. Knapp and Mr. Hawkins from the Northern District of Georgia.

4.

Wherefore, Defendants request that Halsey G. Knapp, Jr. and Jonathan E. Hawkins be admitted before this Court *pro hac vice* and be allowed to appear as counsel of record for Defendants.

This 5th day of March, 2008.

Respectfully submitted,

s/George R. Parker
George R. Parker
One of the Attorneys for Defendants
Blue Ridge Capital, LLC, Blue Ridge Piedmont, LLC, Fritz McPhail, & Eric Wilensky

OF COUNSEL

George R. Parker
BRADLEY ARANT ROSE & WHITE LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
Email: gparker@bradleyarant.com

Halsey G. Knapp, Jr.
Jonathan E. Hawkins
FOLTZ MARTIN, LLC
Five Piedmont Center, Suite 750
Atlanta, Georgia 30305-1541
Telephone: (404) 231-9397
Facsimile: (404) 237-1659
Email: hknapp@foltzmartin.com
Email: jhawkins@foltzmartin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of **Motion to Admit Counsel *Pro Hac Vice*** was electronically filed with the Clerk of Court using the CM/ECF System which will automatically send an email notification of such filing to the following attorneys of record:

J. Michael Bowling
Friedman, Leak, Dazzio, Zulanas & Bowling
Post Office Box 43219
Birmingham, AL 35243

This 5th day of March, 2008.

Respectfully submitted,

s/George R. Parker
George R. Parker
BRADLEY ARANT ROSE & WHITE LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
Email:  gparker@bradleyarant.com



# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| UNITED STATES OF AMERICA | } |
| | } ss. |
| NORTHERN DISTRICT OF GEORGIA | } |

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **Halsey G. Knapp, State Bar No. 425320** was duly admitted to practice in said Court on October 17, 1980, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 3rd day of March, 2008.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Cheryl Goins
Deputy Clerk





# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } ss. |
| **NORTHERN DISTRICT OF GEORGIA** | } |

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **Jonathan E. Hawkins, State Bar No. 338779** was duly admitted to practice in said Court on December 20, 2004, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 3rd day of March, 2008.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Cheryl Goins
Deputy Clerk

