IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PENMONT, LLC, and<br>PENMAN GROUP, LLC )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>BLUE RIDGE PIEDMONT, LLC, BLUE )<br>RIDGE CAPITAL, LLC, FRITZ MCPHAIL, )<br>and ERIC WILENSKY )<br>)<br>    Defendants. ) | CIVIL ACTION NO.: 2:08cv93-WC |

**CONFLICT DISCLOSURE STATEMENT**

Come now Blue Ridge Piedmont, LLC, Blue Ridge Capital, LLC, Fritz McPhail, and Eric Wilensky ("Defendants"), and pursuant to Federal Rule of Civil Procedure 7.1 and the June 12, 2007 Standing Order of this Court, submit this Conflict Disclosure Statement, certifying the following:

1.

Blue Ridge Piedmont, LLC is organized and exists under the laws of the State of Georgia. Its sole member is Blue Ridge Capital, LLC.

2.

Blue Ridge Capital, LLC is organized and exists under the laws of the State of Georgia. Its sole member is Fritz McPhail.

[*Signature on following page*]

1

This 5th day of March, 2008.

                                                  Respectfully submitted,

                                                  s/George R. Parker
                                                        George R. Parker
                                      One of the Attorneys for Defendants
                         Blue Ridge Capital, LLC, Blue Ridge Piedmont,
                              LLC, Fritz McPhail, & Eric Wilensky

<u>OF COUNSEL</u>

George R. Parker
BRADLEY ARANT ROSE & WHITE LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
Email: gparker@bradleyarant.com

Halsey G. Knapp, Jr.
Jonathan E. Hawkins
FOLTZ MARTIN, LLC
Five Piedmont Center, Suite 750
Atlanta, Georgia 30305-1541
Telephone: (404) 231-9397
Facsimile: (404) 237-1659
Email: hknapp@foltzmartin.com
Email: jhawkins@foltzmartin.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **Corporate Disclosure Statement** was electronically filed with the Clerk of Court using the CM/ECF System which will automatically send an email notification of such filing to the following attorneys of record:

J. Michael Bowling
Friedman, Leak, Dazzio, Zulanas & Bowling
Post Office Box 43219
Birmingham, AL 35243

This 5th day of March, 2008.

Respectfully submitted,

s/George R. Parker
George R. Parker
BRADLEY ARANT ROSE & WHITE LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
Email:  gparker@bradleyarant.com