IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PENMONT, LLC, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:08-cv-93-WC |
| | ) |
| BLUE RIDGE PIEDMONT, LLC, | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of Defendants' collective Motion For Admission Pro Hac Vice filed on March 5, 2008, (Doc. #17), on behalf of Halsey G. Knapp, Jr., and Jonathan E. Hawkins, and it appearing that they both are members in good standing of the United States District Court for the Northern District of Georgia, it is

ORDERED that the Motion (Doc. #17) is GRANTED.

DONE this 6th day of March, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE