```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004184
Cashier ID: brobinso
Transaction Date: 03/06/2008
Payer Name: BRADLEY ARANT ROSE WHITE
--------------------------------------
PRO HAC VICE
  For: JONATHAN HAWKINS
  Case/Party: D-ALM-A-TT-YF-EEFUND-001
  Amount:        $50.00
PRO HAC VICE
  For: HALSEY KNAPP
  Case/Party: D-ALM-A-TT-YF-EEFUND-001
  Amount:        $50.00
--------------------------------------
CHECK
  Check/Money Order Num: 004794
  Amt Tendered:  $100.00
--------------------------------------
Total Due:      $100.00
Total Tendered: $100.00
Change Amt:       $0.00

2:08-CV-93, MPHV FILED ON 3/5/08
```