IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PENMONT, LLC and ) | |
| PENMAN GROUP, LLC, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:08cv93-MHT |
| ) | |
| BLUE RIDGE PIEDMONT, LLC, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

It is ORDERED that the motion to dismiss (Doc. No. 7) is denied.

DONE, this the 14th day of March, 2008.

　　　　　　　　　　　　　　／s／ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE