IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PENMONT, LLC and              )
PENMAN GROUP, LLC,            )
                              )
    Plaintiffs,               )
                              )    CIVIL ACTION NO.
    v.                        )      2:08cv93-MHT
                              )
BLUE RIDGE PIEDMONT, LLC,     )
et al.,                       )
                              )
    Defendants.               )
```

ORDER

It is ORDERED that the motion to dismiss (Doc. No. 9) is denied.

DONE, this the 14th day of March, 2008.

　　　　　　　　　　　　  /s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE