IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **PENMONT, LLC and** ) | |
| **PENMAN GROUP, LLC,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:08cv93-MHT |
| ) | |
| **BLUE RIDGE PIEDMONT, LLC,** ) | |
| **et al.,** ) | |
| ) | |
| Defendants. ) | |

### ORDER

It is ORDERED that the motion to dismiss (Doc. No. 11) is denied.

DONE, this the 14th day of March, 2008.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**