IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
ALABAMA NORTHERN DIVISION

| | |
|---|---|
| PENMONT, LLC, and ) | |
| PENMAN GROUP, LLC ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 2:08-CV-93-MHT |
| ) | |
| BLUE RIDGE PIEDMONT, LLC, ) | |
| BLUE RIDGE CAPITA, LLC, FRITZ ) | |
| MCPHAIL, and ERIC WILENSKY ) | |
| ) | |
| Defendants. ) | |

**PENMAN GROUP, LLC'S ANSWER TO COUNTERCLAIM
BY BLUE RIDGE PIEDMONT, LLC**

COMES NOW Penman Group, LLC and states its answers to the counterclaim filed by Blue Ridge Piedmont, LLC:

1. Penman Group, LLC denies the averments contained in Paragraph 1 of the counterclaim.

2. Penman Group, LLC denies the averments contained in Paragraph 2 of the counterclaim.

3. Penman Group, LLC denies the averments contained in Paragraph 3 of the counterclaim.

4. Penman Group, LLC denies the averments contained in Paragraph 4 of the counterclaim.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

This Defendant has not breached the contract at issue.

### SECOND DEFENSE

The Plaintiff has failed to adhere to the terms of the contract.

### THIRD DEFENSE

The allegations in the Counterclaim are not true.

### FOURTH DEFENSE

The claims by the Plaintiff are barred by the equitable doctrines of waiver, estoppel and laches.

### FIFTH DEFENSE

Defendant has satisfied its obligation to the Plaintiff through accord and satisfaction.

### SIXTH DEFENSE

The claims alleged in the counterclaim are void as a matter of public policy because the Defendants were acting as real estate agents without having a valid license in Alabama.

### SEVENTH DEFENSE

The claims alleged in the counterclaim cannot be enforced because the underlying agreement between the parties was procured by the fraud of the Defendants.

*S/ Mike Bowling*
J. Michael Bowling
Attorney for the Plaintiff

OF COUNSEL:
Friedman, Leak, Dazzio, Zulanas & Bowling, P.C.
Post Office Box 43219
Birmingham, AL 35243
(205) 278-7000

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing pleading to be served on counsel for all parties via electronic filing this   18th   day of   March  , 2008.

George R. Parker
BRADLEY, ARANT, ROSE & WHITE, LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Email:  gparker@bradleyarant.com

Halsey G. Knapp, Jr.
Jonathan E. Hawkins
FOLTZ MARTIN, LLC
Five Piedmont Center, Suite 750
Atlanta, GA 30305-1541
Email: hknap@foltzmartin.com
Email: jhawkins@foltzmartin.com

*S/ Mike Bowling*
Of Counsel