IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
ALABAMA NORTHERN DIVISION

| | |
|---|---|
| PENMONT, LLC, and<br>PENMAN GROUP, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>BLUE RIDGE PIEDMONT, LLC,<br>BLUE RIDGE CAPITA, LLC, FRITZ<br>MCPHAIL, and ERIC WILENSKY<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.:  2:08cv93-MHT<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

COMES NOW Joseph L. Kerr of the law firm of Friedman, Leak, Dazzio, Zulanas & Bowling, P.C. and notifies this Honorable Court of his appearance as additional counsel for Plaintiff, Penman Group, LLC, in the above-styled matter and requests that any orders, notices, correspondence, etc. issued from this Honorable Court be forwarded to him as additional counsel of record for Plaintiff.

                                                                    s/ Joseph L. Kerr
                                                                    Joseph L. Kerr (KER 009)
                                                                    Attorney for Plaintiff

OF COUNSEL:
FRIEDMAN, LEAK, DAZZIO,
ZULANAS & BOWLING, P.C.
3800 Colonnade Parkway, Ste. 650
Post Office Box 43219
Birmingham, AL 35243
Phone: (205) 278-7000
Facsimile: (205) 278-7001

**CERTIFICATE OF SERVICE**

    I hereby certify that I have caused the foregoing pleading to be served on all counsel of record, via the Alabama electronic filing system on this the  2nd   day of   April  , 2008.

     s/ Joseph L. Kerr
    OF COUNSEL