IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
ALABAMA NORTHERN DIVISION

| | |
|---|---|
| PENMONT, LLC, and<br>PENMAN GROUP, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>BLUE RIDGE PIEDMONT, LLC,<br>BLUE RIDGE CAPITA, LLC, FRITZ<br>MCPHAIL, and ERIC WILENSKY<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.: 2:08-cv-93-MHT<br>)<br>)<br>)<br>)<br>)<br>) |

### **REPORT OF PARTIES= PLANNING MEETING**

1.    Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on April 4, 2008 via conference call. The participants were:

    a.    J. Michael Bowling, Esq. on behalf of the plaintiffs;

    b.    Jonathan E. Hawkins, Esq. on behalf of the defendants.

2.    **Pre-Discovery Disclosures**. The parties will exchange by May 16, 2008 the information required by Fed.R.Civ.P. 26(a)(1).

3.    **Discovery Plan**. The parties were able to agree on a schedule for handing discovery.

Discovery will be needed on the following subjects:

1) The facts and circumstances related to the marketing of the Montgomery Mall property;

2) The facts and circumstances related to the interactions between the plaintiffs and defendants concerning the proposed purchase and the due diligence related to closing the deal;

3) The facts and circumstances related to the written agreement that was entered into by the parties;

4) The facts and circumstances concerning the agreement that is the basis of the counterclaim;

5) The facts and circumstances related to the problems / defects with the subject property;

6) Any other factual or legal issues that may arise as a result of the discovery outlined herein.

All discovery on the substantive issues in the case shall be completed by December 12, 2008.

A limit of 30 Interrogatories and 30 Requests for Production of Documents may be filed by each party to any other party.

A limit of 30 Requests for Admission may be filed by each party to any other party. [Responses due 30-days after service.]

A maximum of 10 depositions by plaintiffs and 10 by defendants may be noticed and taken.

Reports from retained experts under Rule 26(a)(2) due:

>from plaintiffs by October 1, 2008; Plaintiffs= expert(s) shall be submitted for deposition within forty-five (45) days thereafter.

>from defendants by November 17, 2008 or thirty (30) days after the deposition of Plaintiffs= expert(s), whichever is longer. Defendants= expert(s) shall be submitted for deposition within forty-five (45) days thereafter.

Supplementations described under Rule 26(e) are due thirty (30) days before the close of discovery.

4. **Other Items**.

Plaintiffs should be allowed until July 1, 2008 to join additional parties and to amend pleadings.

Defendants should be allowed until August 1, 2008 to join additional parties and to amend the pleadings.

Both plaintiffs and defendants agree to dispositive motions will be filed no later than October 1, 2008.

The parties request a final pretrial conference in January 2009.

Final lists of trial evidence under Rule 26(a)(3) should be due:

> from plaintiffs: witnesses thirty (30) days before trial; exhibits thirty (30) days before trial.

> from defendants: witnesses thirty (30) days before trial; exhibits thirty (30) days before trial.

Parties should have seven (7) days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

This case should be ready for trial by April 13, 2009 and at this time is expected to take approximately three (3) days to try.

                Date: April 4, 2008

                Respectfully Submitted,

                /s/ J. Michael Bowling_____
                J. Michael Bowling (BOW 046)
                Joseph L. Kerr, Jr. (KER 009)
                OF COUNSEL:
                FRIEDMAN LEAK P.C.
                3800 Colonnade Parkway, Suite 650
                Birmingham, AL 35243
                Telephone: (205) 278-7000
                Email: mbowling@friedmanleak.com
                Email: jkerr@friedmanleak.com

        /s/ George R. Parker  
        George R. Parker  
        BRADLEY, ARANT, ROSE & WHITE, LLP  
        The Alabama Center for Commerce  
        401 Adams Avenue, Suite 780  
        Montgomery, AL 36104  
        Email: gparker@bradleyarant.com

        /s/ Jonathan E. Hawkins  
        Halsey G. Knapp, Jr.  
        Jonathan E. Hawkins  
        FOLTZ MARTIN, LLC  
        Five Piedmont Center, Suite 750  
        Atlanta, GA 30305-1541  
        Email: hknap@foltzmartin.com  
        Email: jhawkins@foltzmartin.com