IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PENMONT, LLC, and<br>PENMAN GROUP, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>BLUE RIDGE PIEDMONT, LLC, BLUE<br>RIDGE CAPITAL, LLC, FRITZ MCPHAIL,<br>and ERIC WILENSKY<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.: 2:08cv93-WC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' INITIAL DISCLOSURES

**COME NOW** Blue Ridge Piedmont, LLC, Blue Ridge Capital, LLC, Fritz McPhail, and Eric Wilensky ("Defendants"), and pursuant to Federal Rule of Civil Procedure 26(a), provides its Initial Disclosures as follows:

I. **Rule 26(a)(1)(A) Disclosure of Witnesses**: Defendants hereby submit the names of the persons believed by them to likely have discoverable, non-privileged information that these Defendants may use in support of its claims or defenses, unless for impeachment. Defendants are continuing their investigation and reserve the right to supplement their disclosures as appropriate.

    1.    Plaintiffs – have general knowledge of the facts surrounding the claims, counterclaims, and defenses raised in this lawsuit.

    2.    Defendants – have general knowledge of the facts surrounding the claims, counterclaims, and defenses raised in this lawsuit.

    3.    H. Eliot Subin is a representative of Plaintiff Penman Group, LLC – has general knowledge of the facts surrounding the claims, counterclaims, and defenses raised in this lawsuit.

4. Michael E. Lewis is a representative of Plaintiff Penman Group, LLC – has general knowledge of the facts surrounding the claims, counterclaims, and defenses raised in this lawsuit.

5. Jennifer Stephan is a representative of Plaintiff Penman Group, LLC – has general knowledge of the facts surrounding the claims, counterclaims, and defenses raised in this lawsuit.

6. Employees of Blue Ridge Capital, LLC – have general knowledge of the facts surrounding the claims, counterclaims, and defenses raised in this lawsuit.

7. Haywood Whichard – sold the property at issue to Blue Ridge Piedmont, LLC
3901 Lewis Olds
Raleigh, NC 27612

8. Richard Scandaliato – general knowledge of the transaction at issue
RKM Capital
2321 Rosecrans, Suite 4260
El Segundo, CA 90245

9. Stephen Stallcup and other members of his lawfirm represented Plaintiff Penman Group, LLC in the transaction at issue.

10. Fred Sardisco – general knowledge of the transaction at issue.
RKM Capital
2321 Rosecrans, Suite 4260
El Segundo, CA 90245

11. J. Marshall Martin of Foltz Martin LLC represented Blue Ridge Piedmont, LLC in the transaction at issue.

12. Defendants reserve the right to supplement their responses to this disclosure upon further investigation of issues in this case.

II. **Rule 26(a)(1)(B) Disclosures of Documents**: Defendants will make available to the Plaintiffs for inspection and copying, as under Fed. R. Civ. P. 34, documents, electronically stored information, and tangible things in its possession, custody, or control that may be used by

it (other than solely for impeachment purposes) to support its contentions with respect to any significant factual issues in this case. These categories of documents will be made available to the Plaintiffs at a date, time, and place mutually agreed upon by the parties:

1. Purchase Agreement dated April 6, 2007;

2. Documents related to the marketing and negotiation for the sale of the property discussed in the Complaint;

3. Invoices for certain third-party vendors; and

4. Emails and correspondence between the parties;

Some of the documents identified in these Initial Disclosures may be confidential or proprietary and, if requested in discovery, will only be produced pursuant to an appropriate protective order. In preparing these Initial Disclosures, Defendants have not disclosed information or documents protected by either the attorney/client privilege or the work-product doctrine, including correspondence and documents in Defendants' attorneys' files, which are neither discoverable nor admissible. Defendants recognize that Plaintiffs have a similar right not to produce such documents and agree that no party should be required to compile a privilege log of such materials. Further, Defendants are providing this information subject to any objection as to the admissibility at trial of any information. Finally, Defendants reserve the right to supplement these disclosures pursuant to Federal Rule of Civil Procedure 26(e).

III. **Rule 26(a)(1)(C) Disclosure of Damages**: In connection with its purchase of the property at issue in this action, Plaintiff Penman Group, LLC agreed to pay Defendant Blue Ridge Piedmont, LLC ("Blue Ridge Piedmont") for certain third-party vendor reports, including certain environmental, zoning, survey, and appraisal reports. Blue Ridge Piedmont advanced

payment for these reports in an amount totaling $19,428.75.  Penman Group, LLC has not paid Blue Ridge Piedmont for these expenses as agreed.

IV.     **Rule 26(a)(1)(D) Disclosure of Insurance**:  None.

This 16th day of May, 2008.

                      Respectfully submitted,

                      **FOLTZ MARTIN, LLC**

                      /s/ Halsey G. Knapp, Jr.
                      Halsey G. Knapp, Jr.
                      Georgia Bar No. 425320
                      Jonathan E. Hawkins
                      Georgia Bar No. 338779

Five Piedmont Center, Suite 750
Atlanta, Georgia 30305-1541
Telephone: (404) 231-9397
Facsimile: (404) 237-1659
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of this **Defendants' Initial Disclosures** was electronically mailed with the Clerk of Court using the CM/ECF System which will automatically send an email notification of such filing to the following attorneys of record:

J. Michael Bowling
Friedman, Leak, Dazzio, Zulanas & Bowling
Post Office Box 43219
Birmingham, AL 35243

This 16th day of May, 2008.

FOLTZ MARTIN, LLC

/s/ Halsey G. Knapp, Jr.
Halsey G. Knapp, Jr.
Georgia Bar No. 425320
Jonathan E. Hawkins
Georgia Bar No. 338779

Five Piedmont Center, Suite 750
Atlanta, Georgia 30305-1541
Telephone: (404) 231-9397
Facsimile: (404) 237-1659
Attorneys for Defendants