IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PENMONT, LLC, and <br> PENMAN GROUP, LLC <br><br> Plaintiffs, <br><br> v. <br><br> BLUE RIDGE PIEDMONT, LLC, <br> BLUE RIDGE CAPITA, LLC, FRITZ <br> MCPHAIL, and ERIC WILENSKY <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO.: <br> ) 2:08-CV-93-MHT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFFS' INITIAL DISCLOSURES**

COMES NOW Plaintiffs Penmont, LLC and Penman Group, LLC, and pursuant o Federal Rule of Civil Procedure 26(a), provides their initial disclosures as follows:

I.   <u>Rule 26(a)(1)(A) Disclosure of Witnesses:</u>  Plaintiffs submit the names of the persons believed by them to likely have discoverable, non-privileged information that the may be used in support of their claims or defenses, notwithstanding parties that may be used by the plaintiffs solely for the purposes of impeachment. As discovery is ongoing, plaintiffs reserve the right to supplement their disclosures as appropriate pursuant to Rule 26(e).

  1. Plaintiffs — have general knowledge of the facts surrounding the claims, counterclaims, and defenses raised in this lawsuit.

  2. Defendants – have general knowledge of the facts surrounding the claims, counterclaims, and defenses raised in this lawsuit.

3. H. Eliot Subin, a representative of Penman Group, LLC, has general knowledge of the facts surrounding the claims, counterclaims, and defenses raised in this lawsuit.

4. Michael E. Lewis, a representative of Penman Group, LLC, has general knowledge of the facts surrounding the claims, counterclaims, and defenses raised in this lawsuit.

5. Stephen Stallcup and other attorneys at Maynard, Cooper & Gale PC, in Birmingham, AL, have general knowledge about the transaction that forms the basis of this lawsuit.

6. Employees of Blue Ridge Capital, LLC have general knowledge of the facts surrounding the claims, counterclaims, and defenses raised in this lawsuit.

7. Richard Scandaliato, RKM Capital, 2321 Rosecrans, Suite 4260, El Segundo, California 90245 has general knowledge of the transaction at issue.

8. Fred Sardisco, RKM Capital, 2321 Rosecrans, Suite 4260, El Segundo, California 90245 has general knowledge of the transaction at issue.

9. J. Marshall Martin and Mitch Bagwell of Foltz Martin, LLC represented Blue Ridge Piedmont, LLC in the transaction at issue.

10. Elaine Samples, a representative of Blue Ridge Capital, LLC, has general knowledge of the facts surrounding the claims, counterclaims, and defenses raised in this lawsuit.

II.      Rule 26(a)(1)(B) Disclosure of Documents: Plaintiffs, under separate cover, have provided defendants with copies of Bates stamped documents pursuant to their obligations under Rule 26 initial disclosures and in response to interrogatories and requests for the production of documents propounded by the defendants under Rules 33 and 34 of the Federal Rules of Civil Procedure. Plaintiffs reserve the right to supplement these responses under Rule 26(e). The documents produced reflect correspondences between various attorneys for both parties, portions of which are between attorney and client and others

which include notes taken by counsel in furtherance of legal advice. It is apparent where this information has been redacted.

    III.    <u>Rule 26(a)(1)(C) Disclosure of Damages:</u>  Plaintiffs paid Blue Ridge Piedmont, LLC $50,000 as a result of solicitations and representations made by Fritz McPhail, Eric Wilensky, and Blue Ridge Capital, LLC concerning the parcel of land known as Steve and Barry's. Plaintiffs further committed in excess of $25,000 to Citibank related to the financing of the transaction. Additionally, plaintiffs incurred considerable other out-of-pocket expenses as a result of due diligence and substantial attorneys fees related to the accelerated timetable for this transaction. Plaintiffs reserve the right under Rule 26(e) to supplement their statement of damages as discovery continues.

    IV.    <u>Rule 26(a)(1)(D) Disclosure of Insurance:</u> Not applicable.

/s/ J. Michael Bowling
J. Michael Bowling (BOW 046)

OF COUNSEL
Friedman, Leak, Dazzio, Zulanas & Bowling, P.C.
P.O. Box 43219
Birmingham, AL 35243-3219
(205) 278-7000

## CERTIFICATE OF SERVICE

I hereby certify that on this the 19th day of May, 2008, I electronically filed the foregoing with the Clerk of the Court utilizing the CM/ECF system which will send notification of such filing to all counsel of record.

George R. Parker
BRADLEY, ARANT, ROSE & WHITE, LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104

Halsey G. Knapp, Jr.
Jonathan E. Hawkins
FOLTZ MARTIN, LLC
Five Piedmont Center, Suite 750
Atlanta, GA 30305-1541

_____
Of Counsel