IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PENMONT, LLC, and<br>PENMAN GROUP, LLC<br><br>　　Plaintiffs,<br><br>v.<br><br>BLUE RIDGE PIEDMONT, LLC, BLUE<br>RIDGE CAPITAL, LLC, FRITZ MCPHAIL,<br>and ERIC WILENSKY<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　CIVIL ACTION NO.: 2:08cv93-WC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT BLUE RIDGE PIEDMONT, LLC'S
MOTION TO COMPEL DEPOSITIONS
AND EXTEND TIME TO FILE DISPOSITIVE MOTIONS**

COME NOW Defendant Blue Ridge Piedmont, LLC ("Blue Ridge Piedmont") and files this its Motion to Compel Depositions and Extend Time to File Dispositive Motions. In support of its motion, Blue Ridge Piedmont relies on the accompanying brief filed concurrently herewith.

This 26th day of August, 2008.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**FOLTZ MARTIN, LLC**

　　　　　　　　　　　　　　　　　　　/s/ Halsey G. Knapp, Jr.
　　　　　　　　　　　　　　　　　　　Halsey G. Knapp, Jr.
　　　　　　　　　　　　　　　　　　　Georgia Bar No. 425320
　　　　　　　　　　　　　　　　　　　Jonathan E. Hawkins
　　　　　　　　　　　　　　　　　　　Georgia Bar No. 338779

Five Piedmont Center, Suite 750
Atlanta, Georgia 30305-1541
Telephone: (404) 231-9397
Facsimile: (404) 237-1659
Attorneys for Defendants

684972.1　　　　　　　　　　　　　　　　　　　1

**BRADLEY ARANT ROSE & WHITE, LLC**

/s/ George R. Parker
George R. Parker, Esq.
Alabama Bar No. PAR086

Alabama Center for Commerce
401 Adams Ave., Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
Attorneys for Defendants

684972.1

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **Defendant Blue Ridge Piedmont, LLC's Motion to Compel and Motion to Extend Time to File Dispositive Motions** was electronically mailed with the Clerk of Court using the CM/ECF System which will automatically send an email notification of such filing to the following attorneys of record:

J. Michael Bowling
Friedman, Leak, Dazzio, Zulanas & Bowling
Post Office Box 43219
Birmingham, AL 35243

This 26th day of August, 2008.

/s/ Halsey G. Knapp, Jr.
Halsey G. Knapp, Jr.
Georgia Bar No. 425320
Jonathan E. Hawkins
Georgia Bar No. 338779

Five Piedmont Center, Suite 750
Atlanta, Georgia 30305-1541
Telephone: (404) 231-9397
Facsimile: (404) 237-1659
HKnapp@FoltzMartin.com
JHawkins@FoltzMartin.com