IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PENMONT, LLC, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. 2:08cv93-MHT |
| BLUE RIDGE PIEDMONT, LLC, ) | |
| et al., ) | |
| Defendants. ) | |

## ORDER

On August 26, 2008, Defendant Blue Ridge Piedmont, LLC filed a Motion to Compel (Doc. #35) Plaintiffs's Deposition.[1] Accordingly, it is

ORDERED Plaintiffs shall show cause in writing why the motion should not be granted **on or before September 9, 2008**.

Done this 26th day of August, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant also moved the Court to extend the deadline for filing dispositive motions. The undersigned will not rule on that portion of the motion. The Honorable Myron H. Thompson, District Judge, will handle that request separately.