IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PENMONT, LLC and ) | |
| PENMAN GROUP, LLC, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:08cv93-MHT |
| ) | |
| BLUE RIDGE PIEDMONT, LLC, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

It is ORDERED that the motion to extend time to file dispositive motions (Doc. No. 35) is denied. So that the parties can meet the dispositive-motion deadline, the depositions of plaintiffs must be held by no later than September 15, 2008.

DONE, this the 28th day of August, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE