IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PENMONT, LLC and ) | |
| PENMAN GROUP, LLC, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:08cv93-MHT |
| ) | (WO) |
| BLUE RIDGE PIEDMONT, LLC, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

AMENDED JUDGMENT

Upon consideration of the joint motion for entry of consent dismissal with prejudice (Doc. No. 105), it is the ORDER, JUDGMENT, and DECREE of the court that the motion is granted and that this cause is dismissed with prejudice.  Plaintiffs hereby state that through the course of discovery they determined that none of the defendants committed any fraud in connection with the transaction underlying this litigation.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 15th day of June, 2009.**

                               /s/ Myron H. Thompson  
                              **UNITED STATES DISTRICT JUDGE**